CATHERINE BENDER, Appellant, *v.* PHILIPP PAULUS et al., Respondents.

(Submitted April 4, 1910; decided April 26, 1910.)

Motion for re-argument or to amend remittitur denied without costs. (See 197 N. Y. 369.)